(August 19, 1987)

■ In the Matter of RICHARD A. SALAHUDDIN et al., Petitioners, v THOMAS A. COUGHLIN, III, as Commissioner of the Department of Correctional Services, et al., Respondents.— Motion for order reversing two orders of Supreme Court at Special Term, remitting the matter to Special Term, and for further relief treated as an application, pursuant to CPLR 5704 (a), to review said orders of Special Term which, in effect, denied petitioners' application for an order to show cause to commence a proceeding against respondents pursuant to CPLR article 78. Application denied (see, Matter of King v Gregorie, 90 AD2d 922, lv dismissed 58 NY2d 822). Kane, J. P., Main, Casey, Levine and Harvey, JJ., concur.

■ In the Matter of the Claim of LELAND AVERY, Appellant, v CAZENOVIA CENTRAL SCHOOL et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.—Motion to dismiss appeal granted, without costs. Since the decision of the Board was interlocutory and decided neither all of the substantive issues nor any threshold legal issues, it is not appealable at this stage of the proceeding. Mahoney, P. J., Mikoll, Yesawich, Jr., Levine and Harvey, JJ., concur.

■ In the Matter of WILLIAM S. GOLDSTEIN, Petitioner, v GORDON M. AMBACH, as Commissioner of Education of the State of New York, et al., Respondents.—Motion to vacate stay contained in order to show cause of Supreme Court, Albany County, dated December 23, 1986, granted, without costs, upon the ground that Supreme Court had no authority to issue such a stay (Education Law § 6510 [5]).

Affirmation in opposition to said motion treated as an application for stay of order of suspension pending determination of review proceeding, and application granted, without costs, and without prejudice to a motion by respondents to vacate stay in the event petitioner shall fail to file and serve brief and appendix within the time specified by section 800.2 (c) of the rules of practice (22 NYCRR). Casey, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.